UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Chibueze C. Anaeme, | ) |
|               Plaintiff, | ) Case No.: 2:12-cv-1162-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| United States of America, *et al.*, | ) |
|               Defendants. | ) |

Pending before the Court is the Report and Recommendation of Magistrate Judge Ferenbach, (ECF No. 6), which states that this action should be dismissed with prejudice based on *pro se* Plaintiff Chibueze C. Anaeme's failures to comply with Court Orders and to adhere to the requirements of Local Rule 41-1.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

1       Accordingly,

2       **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 6), is

3  **ADOPTED** in full.

4       **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

5  The Clerk shall enter judgment accordingly and close the case.

6       **DATED** this 6th day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court